# UNITED STATES DISTRICT COURT

Eastern District of New York

**FILED**

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 1 8 2013 ★

**BROOKLYN OFFICE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LUIS MATTA | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  07-CR-459

USM No. 75180-053

Michael K. Schneider, Esq.
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    (charges) 4-7    of the term of supervision.

☑ was found in violation of condition(s)    (charges) 1-3    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| see page 2 | | |

Charges 8-10 are dismissed upon government's motion.

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3532

Defendant's Year of Birth:    1984

City and State of Defendant's Residence:
Brooklyn, New York

10/08/2013
_____
Date of Imposition of Judgment

S/ Dora L. Irizarry
_____
Signature of Judge

Dora L. Irizarry                    U.S. District Judge
_____
Name and Title of Judge

October 17, 2013
_____
Date

DEFENDANT: LUIS MATTA
CASE NUMBER: 07-CR-459

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 1 | New criminal conduct | 08/25/2012 |
| 2 | New criminal conduct | 08/25/2012 |
| 3 | Illegal drug use | 10/05/2012 |
| 4 | Failure to reside in a Residential Re-entry Center | 11/14/2012 |
| 5 | New criminal conduct | 04/03/2013 |
| 6 | Failure to participate in substance abuse treatment | 04/19/2013 |
| 7 | Failure to report to the Probation Department as directed | 04/22/2013 |

DEFENDANT: LUIS MATTA
CASE NUMBER: 07-CR-459

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Twenty-four (24) months on each charge to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Designation to a facility in or near New York City.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: LUIS MATTA
CASE NUMBER: 07-CR-459

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Twelve (12) months.

  The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  (Check, if

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

  If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

  The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment; or if such prior notification is not possible, then within forty hours after such change;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: LUIS MATTA
CASE NUMBER: 07-CR-459

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate in an outpatient and/or inpatient drug treatment or detoxification program approved by the U.S. Probation Department.  The defendant shall contribute to the costs of such treatment/detoxification not to exceed an amount determined reasonable by the Probation Department's Sliding Scale for Substance Abuse Treatment Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.  The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.  The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department.  The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol;

2.  The defendant shall participate in a mental health treatment program approved by the U.S.  Probation Department.  Such treatment shall also address anger management and domestic violence. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment or full payment, in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and/or the availability of third-party payment;

3.  The defendant shall maintain full-time verifiable employment and/or shall participate in an education or vocational training program as approved by the U.S. Probation Department;

4.  If the defendant is neither employed nor participating in educational/vocational treatment, he shall perform 30 hours of community service in a manner and at a rate approved by the U.S. Probation Department.  The defendant will cooperate in allowing the Probation Department to confirm the community service is completed;

5.  The defendant shall participate in a Cognitive Behavioral Treatment program as directed by the Probation Department to address the criminnogenic needs identified by the Post Conviction Risk Assessment (PCRA) tool.  Such programs may include individual and/or group sessions led by a certified Cognitive Behavioral Treatment instructor, in a program approved by the Probation Department;

6.  For a period of four (4) months, the defendant shall reside in a residential re-entry center (RRC) approved by the U.S. Probation Department.  While in the RRC, the defendant shall adhere to all rules and regulations established by the RRC, including the payment of subsistence costs;

7.  The defendant shall submit his or her person, residence, place of business, vehicle or any other premises under his or her control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found.  The search must be conducted in a reasonable manner and at a reasonable time.  The defendant's failure to submit to a search may be grounds for revocation.  The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition;

8.  The defendant shall not possess a firearm, ammunition, or destructive device.